# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 29, 2019

Lyle W. Cayce
Clerk

_____

No. 17-70010

_____

REINALDO DENNES,

     Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

     Respondent - Appellee

_____

Appeal from the United States District Court
for the Southern District of Texas

_____

Before JONES, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:

Having heard oral argument on petitioner's application for a COA, and reviewed the parties' lengthy briefing, this court grants the COA limited to the following issues:

> 1.    the claim that the state suppressed evidence that Balderas was a "long-time informant" for law enforcement in Harris County, Texas; and

> 2.    the claim that the state suppressed evidence or denied due process by not timely revealing information about Balderas's, Fugon's and Elvira's participation in the Tsang robbery; and

> 3.    how petitioner satisfies the cause/prejudice standards for not having raised these issues in the state court.

The court notes that extensive briefing about these issues has already been provided. Therefore, any further briefing must be limited to supplemental evidence and authorities. The parties' supplemental briefs are limited to 20 pages each. Further, petitioner must furnish this briefing within thirty days hereof, and the state must respond within twenty-one days.

SO ORDERED.